UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DIBENEDETTO,

    Plaintiff,

CASE NO.: 8:20-CV-1066-T-33CPT

vs.

PROWAY CONSTRUCTION
GROUP, LLC, SOUTH SHORE
RECYCLING & CRUSHING, LLC
and ROBERT VOLLMER,

    Defendants.
_____/

## NOTICE OF FILING ANSWERS TO COURT'S INTERROGATORIES

Plaintiff, MICHAEL DIBENEDETTO, by and through the undersigned counsel, hereby files the attached Answers to Court's Interrogatories pursuant to this Court's Scheduling Order (Doc. 10)

Dated: July 16, 2020

Respectfully submitted,

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.
Bar No.: 025871
Ryan D. Naso, Esq.
Bar No.:1010800
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3383
Email: kimd@forthepeople.com
       rnaso@forthepeople.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 16th day of July, 2020.

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.