# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL DIBENNEDETTO

    Plaintiff,

v.                              CASE NO.: 8:20-cv-01066VMC-CPT

PROWAY CONSTRUCTION
GROUP, LLC; SOUTH SHORE
RECYCLING & CRUSHING, LLC;
and ROBERT VOLLMER

    Defendants.

_____/

## VERIFIED SUMMARY OF PLAINTIFF'S WORK HOURS AND PAY

| Weekend Ending | Hours Worked | Hourly Rate | Total Pay ($) |
|---|---|---|---|
| 7/28/17 | 47.50 | 15 | 768.50 |
| 8/4/17 | 39 | | 585 |
| 8/11/17 | 38.5 | | 577.50 |
| 8/18/17 | 51.50 | | 858.75 |
| 8/25/17 | 54.25 | | 920.63 |
| 9/1/17 | 56 | | 960 |
| 9/8/17 | 45 + 8HP | | 832.50 |
| 9/15/17 | 44.75 | | 706.88 |
| 9/22/17 | 56.25 | | 965.63 |
| 9/29/17 | 54.5 | | 926.25 |
| 10/6/17 | 54.75 | | 931.88 |
| 10/13/17 | 55.25 | | 943.13 |

| Date | Hours | Pay |
|---|---|---|
| 10/20/17 | 54.75 | 931.88 |
| 10/27/17 | 54.25 | 920.23 |
| 11/3/17 | 54 | 915 |
| 11/10/17 | 55.25 | 943.13 |
| 11/17/17 | 53.50 | 903.75 |
| 11/24/17 | 48.25 inc. 16HP | 723.75 |
| 12/1/17 | 53 | 892.50 |
| 12/8/17 | 40 | 600 |
| 12/15/17 | | 600 |
| 12/22/17 | | 600 |
| 12/29/17 | | 600 |
| 1/5/18 | | 600 |
| 1/12/18 | | 600 |
| 1/19/18 | 42.50 | 656.25 |
| 1/26/18 | | 600 |
| 2/2/18 | No work | |
| 2/9/18 | No work | |
| 2/16/18 | No work | |
| 2/23/18 | No work | |
| 3/2/18 | 24 | 360 |
| 3/9/18 | 28.5 | 427.50 |
| 3/16/18 | No work | |
| 3/17/18 | Retro Pay for Previous Saturday work: $480 | |
| 3/23/18 | 32 (Saturday pay) | 480 |
| 3/30/18 | No work | |
| 4/6/18 | 18 (no time card) | 270 |
| 4/13/18 | 22.5 (no time card) | 337.50 |
| 4/20/18 | 38.75 | 581.25 |
| 4/27/18 | 48 | 780 |
| 5/4/18 | 39 | 585 |
| 5/11/18 | 47.25 | 768.75 |
| 5/18/18 | 44 | 690 |
| 5/25/18 | 45.50 | 723.75 |
| 6/1/18 | 29.75 + 8HP | 566.25 |
| 6/818 | 52.25 | 875.63 |
| 6/15/18 | 43.75 | 684.38 |
| 6/22/18 | 51.50 | 858.75 |
| 6/29/18 | 46.50 | 746.25 |
| 7/6/18 | 35.25 +8HP | 648.75 |
| 7/13/18 | 48 | 780 |
| 7/20/18 | 43.50 | -678.75 |
| 7/27/18 | 48.25 | 785.63 |
| 8/3/18 | 44.75 | 706.88 |
| 8/10/18 | 48 | 780 |

| Date | Hours | Amount |
|---|---|---|
| 8/17/18 | 40.50 | 611.25 |
| 8/24/18 | 44.50 | 701.25 |
| 8/31/18 | 37.50 | 562.50 |
| Or | | |
| 9/1/18 | 39.75 +8HP | |
| 9/8/18 | 47.75 (inc. 8PH) | 716.25 |
| 9/14/18 | 48.75 (paid 48) | 780 |
| 9/21/18 ? | 48.75 (no time card) | 796.88 |
| 9/28/18 | 43.75 (paid 44.5) | 701.25 |
| 10/5/18 | 29.25 | 438.75 |
| 10/12/18 | 43.25 (no time card) | 673.13 |
| 10/19/18 | 43.75 | 684.38 |
| 10/26/18 | 43.75 | 684.38. |
| 11/3/18 | 41.25 (inc. 8PTO) | 618.75 |
| 11/9/18 | 45 | 712.50 |
| 11/23/18 | 43 (paid 43.25) | 673.13 |
| 11/30/18 | 44 (inc. 8PTO) | 645.00 |
| 12/7/18 | 40 (inc. 15PTO) | 600 |
| 12/14/18 | 38+2PTO | 600 |
| 12/21/19 | 23+3PTO | 390 |
| 12/28/19 | 26 (+8PTO) | 510 |
| 1/4/19 | 25.25 (inc 8PTO) | 378.75 |
| 1/11/19 | 43 | 667.50 |
| 1/18/19 | 44.5 | 701.25 |
| 1/25/19 | 45.25 | 718.13 |
| 2/1/19 | 45.50 | 723.75 |
| 2/819 | 43.75 | 684.38 |
| 2/15/19 | 43.25 | 673.13 |
| 2/22/19 | 39.25 | 588.75 |
| 3/1/19 | 42.25 | 650.63 |
| 3/8/19 | 43.50 | 678.75 |
| 3/15/19 | 42.75 | 661.88 |
| 3/22/19 | 42.50 | 656.25 |
| 3/29/19 | 40.25 | 605.63 |
| 4/5/19 | 42.75 | 661.88 |
| 4/12/19 | 42.75 | 661.88 |
| 4/19/19 | 41 | 622.50 |
| 4/26/19 | 39.75 | 596.25 |
| 5/3/19 | 40 | 600 |
| 5/10/19 | 29.50 | 442.50 |
| 5/17/19 | 42.50 | 656.25 |
| 5/24/19 | 44.50 | 701.25 |
| 5/31/19 | 34.50 +8PH | 637.50 |
| 6/7/19 | 45 | 712.50 |

| Date | | |
|---|---|---|
| 6/14/19 | 42.75 | 661.88 |
| 6/21/19 | 34.25 | 513.75 |
| 6/28/19 | 43.50 | 678.75 |
| 7/5/19 | 27.25 +8HP | 528.75 |
| 7/12/19 | 39.50 | 592.50 |
| 7/19/19 | 48.50 | 791.25 |
| 7/26/19 | 51.75 | 864.38 |
| 8/2/19 | 36.50 | 547.50 |
| 8/9/19 | 41.50 | 633.75 |
| 8/16/19 | 0 | 600 |
| 8/23/19 | 8 | 120 |
| 8/30/19 | 0 Pay Gate | 382.50 |

STATE OF FLORIDA

COUNTY OF Hillsborough )

BEFORE ME, the undersigned authority, personally appeared Gina Vollmer who, after being first duly sworn, deposes and states that the information contained in the foregoing document is true and correct to the best of his knowledge and belief.

_Gina Vollmer_
(Signature)

By: Gina Vollmer

Sworn to and subscribed before me, this 24th day of July, 2020, by Gina Vollmer who is personally known to me or has produced _____ as identification and who did take an oath.

_Crystal Lynn Scofield_
Signature
Crystal Lynn Scofield
Print (Notary's Name)

Notary Public, State of Florida



CRYSTAL LYNN SCOFIELD
State of Florida - Notary Public
Commission # GG 137632
My Comm. Expires 08-24-2021
Bonded Through
American Safety Council