UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL DIBENEDETTO,**

      **Plaintiff,**

                                                **CASE NO.:  8:20-CV-1066-T-33CPT**

vs.

**PROWAY CONSTRUCTION
GROUP, LLC, SOUTH SHORE
RECYCLING & CRUSHING, LLC
and ROBERT VOLLMER,**

      **Defendants.**
_____/

<u>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**</u>

      Pursuant to Middle District of Florida Local Rule 2.03, the undersigned counsel hereby moves the Court for leave to withdraw as counsel in the above-captioned matter on behalf of Plaintiff MICHAEL DIBENEDETTO ("Plaintiff") and states as follows:

      1.    During the course of representation several circumstances have led to irreconcilable differences which require undersigned counsels' withdrawal.

      2.    In her professional judgment, Attorney De Arcangelis does not believe that she can pursue Plaintiff's case in a manner that would be professionally ethical or satisfactory to Plaintiff.

      3.    Plaintiff and counsel have fundamental differences of opinion to the most prudent course of action going forward in this matter.

4. That is, Plaintiff and undersigned counsel have fundamental disagreements as to the applicable law, available damages, and how to proceed. Continued representation would require a course of action that undersigned counsel believes to be imprudent.

5. Undersigned counsel spoke with Plaintiff to inform him of counsels' intent to withdraw, given the irreconcilable differences that have arisen. On July 28, 2020, Plaintiff's counsel forwarded a Notice of Intent to Withdraw as Counsel via regular and certified U.S. Mail to Plaintiff's address. These communications were not returned to counsel, and in fact, Plaintiff acknowledged receipt via email.

6. Defendants will not be prejudiced by undersigned counsels' withdrawal, and in fact, have indicated that they do not object to undersigned counsels' withdrawal.

7. There are no pending motions and trial term has not been set.

## MEMORANDUM OF LAW

Whether to allow counsel to withdraw is a matter purely within the sound discretion of this Court. *See, e.g., Obermaier v. Driscoll,* No. 2:00-CV-214-FTM-29D, 2000 WL 33175446 (M.D. Fla. Dec. 13, 2000) (STEELE, J.) (permitting withdrawal where no delay would be occasioned by the withdrawal). Where, as here, no delay or continuance will be occasioned by the withdrawal, there is no reason to deny Plaintiff's counsel's request to withdraw.

Further, even if the Court required the undersigned to show "compelling ethical considerations," which is *not* necessary here given that there will be no delay in the proceedings, those considerations are nonetheless present here. *See Simmons v. House of Brewz, LLC,* No. 2:14-CV-00390, 2015 WL 3991021, at *2 (M.D. Fla. June 30, 2015). Specifically, where, as here, "the client insists upon taking action that the lawyer considers … imprudent, or with which

the lawyer has a fundamental disagreement" a lawyer may withdraw.[1]  *Id.* at 4-1.16(b)(2). Because, here, lawyer and client have fundamental differences as to the course of conduct going forward in litigating this matter, counsel should be permitted to withdraw.

**WHEREFORE**, the undersigned counsel hereby requests that the Court enter an order granting the undersigned's withdrawal from the above-captioned action and consider all of the obligations with respect to this matter to be at end.  The undersigned further requests that Plaintiff be permitted a reasonable time, whether thirty (30) days or otherwise, to secure new counsel or to appear *pro se*.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), the undersigned counsel for the Plaintiff certifies that she conferred with counsel for the Defendants in a good faith effort to resolve the issues raised by this Motion, and that the Defendants do not oppose the relief requested herein.

Dated this 7th day of August, 2020.            Respectfully submitted,

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.
Bar No.:  025871
Ryan D. Naso, Esq.
Bar No.:1010800
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3383
Email: kimd@forthepeople.com
          rnaso@forthepeople.com
*Attorneys for Plaintiff*

---

[1] In order to maintain the confidentiality of attorney-client communications, undersigned counsel properly has refrained from including specific detail regarding conversations with Plaintiff and the specifics of the irreconcilable differences that have arisen.  *See, e.g., Obermaier*, 2000 WL 33175446 at *1 (this Court granted a motion to withdraw where "Counsel gives no reason to support the motion and state they do not have defendants' permission to disclose their reason for seeking to withdraw from the case.")  However, should the Court require additional detail, Plaintiff's counsel respectfully requests the opportunity to provide same in an *in camera* submission in order to avoid any breach of the privilege protecting attorney-client communications.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2020, a true and correct copy of the foregoing has been served via the CM/ECF system to all counsel of record, and has been served by regular and certified U.S. Mail upon Plaintiff, Michael DiBenedetto, 315 SE 11th. Ave, Apt. B. , Ft. Lauderdale , Fl. 33301.

                                                /s/ Kimberly De Arcangelis
                                                Kimberly De Arcangelis, Esq.