UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL DIBENNEDETTO**

    **Plaintiff,**

**v.**                                                 **CASE NO.: 8:20-cv-01066VMC-CPT**

**PROWAY CONSTRUCTION
GROUP, LLC; SOUTH SHORE
RECYCLING & CRUSHING, LLC;
and ROBERT VOLLMER**

    **Defendants.**

_____/

## NOTICE OF MEDIATION

COMES NOW, Defendants **PROWAY CONSTRUCTION GROUP, LLC; SOUTH SHORE RECYCLING & CRUSHING, LLC; and ROBERT VOLLMER** by and through their undersigned counsel and pursuant to Local Rules for the Middle District of Florida and the Federal Rules of Civil Procedure hereby file this Notice of Mediation:

Mediation is set beginning at 9:00 AM with Mark Hanley on October 23, 2020. Undersigned understands that upon receipt of this Notice, Mr. Hanley will confirm mediation and provide the parties instructions regarding video attendance.

September 14, 2020

Respectfully submitted,

*/s/* Robert Blanchfield
Robert E. Blanchfield, Esquire
Florida Bar Number: 0361800
bob@blanchfieldlawfirm.com.
**ROBERT BLANCHFIELD, P.A.**
127 West Fairbanks Ave.
Winter Park, Florida  32789
(407) 497-0463
Counsel for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of September 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.  This Notice was also mailed to Plaintiff, Michael DiBenedetto, 315 SE 11th Ave, Apt B, Fort Lauderdale, FL 33301.

*/s/* Robert Blanchfield
Attorney