UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DIBENEDETTO,

    Plaintiff,

v.                                                        Case No. 8:20-cv-1066-T-33CPT

PROWAY CONSTRUCTION GROUP,
LLC, SOUTH SHORE RECYCLING &
CRUSHING, LLC, and
ROBERT VOLLMER,

    Defendants
_____/

**O R D E R**

This cause has been referred to the undersigned by the Honorable Virginia M. Hernandez Covington to conduct a second round of mediation with the parties. (Doc. 40). Accordingly, it is hereby ORDERED:

1. The parties are noticed that a mediation conference shall commence at <u>10:00 a.m. on March 3, 2021</u>, in Courtroom 12B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, before the undersigned.

2. All parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The participants shall be prepared to spend as much time as

necessary to resolve the case, or until an impasse is declared. Failure to comply with the foregoing attendance and settlement requirements may subject a party to sanctions. Except as indicated herein, the mediation conference shall be conducted in accordance with both this Order and the Local Rules pertaining to mediation.

3. No later than February 25, 2021, each party shall provide the undersigned's chambers with a brief, written mediation statement.[1] Each party's mediation statement shall be limited to five pages, shall outline the party's positions concerning the claims and/or defenses in the case, and shall include an explanation of all relief requested, including any monetary demands. The parties' mediation statements will be treated as confidential communications, will not be shared with the opposing parties, and will not be incorporated into the public record of this case, unless otherwise ordered hereafter.

DONE and ORDERED in Tampa, Florida, this 1st day of February 2021.

*[Signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

---

[1] The parties shall submit their mediation statements via email to chambers_flmd_tuite@flmd.uscourts.gov, with the subject line "DiBenedetto v. Proway Constr. Grp., LLC: Mediation Statement of [Insert Name of Party]."