UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DIBENEDETTO

-vs-                                            Case No. 8:20-cv-1066-VMC-CPT

PROWAY CONSTRUCTION GROUP, LLC,
SOUTH SHORE RECYCLING & CRUSHING, LLC,
ROBERT VOLLMER

**CLERK'S MINUTES**
Proceeding: Settlement Conference
*via Zoom videoconference*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 3, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 10:06 a.m. |
| Law Clerk: Conor Burns | Recess: 1:20 p.m. |
| Court Reporter: none | Total Time: 3 hours 14 min |
| Interpreter: n/a | |

Counsel for Plaintiff: Dion Cassata
Counsel for Defendants: Robert Blanchfield

Court calls case and counsel enters appearances. Counsel is appearing with their clients. Defendant Robert Vollmer's wife appears on his behalf.

Court conducted settlement conference with parties.

Case did not settle.

Court will conduct a follow-up settlement conference on March 9, 2021 at 3:00 PM. Defendant Robert Vollmer should be in attendance.

Recess.