UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO. | 8:20-cv-1066-VMC-CPT | DATE: | March 16, 2021 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | |
| **MICHAEL DIBENDETTO**  Plaintiff,  v.  **PROWAY CONSTRUCTION GROUP, LLC ET AL**  Defendant | | **PLAINTIFF'S COUNSEL**  Dion Cassata | |
| | | **DEFENSE COUNSEL**  Robert Blanchfield, | |
| **COURT REPORTER:** | N/A | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:** 4:18 to 5:14   **TOTAL:** 56 Min. | | **COURTROOM:** | Zoom Video Conference |

**PROCEEDINGS:**   SETTLEMENT CONFERENCE HELD (VIA ZOOM)

Counsel appears with their clients via zoom.

Court conducts settlement conference.

Case not settled.