## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICHAEL DIBENEDETTO

-vs-    Case No. 8:20-cv-1066-VMC-CPT

PROWAY CONSRUCTION GROUP, LLC et al

### CLERK'S MINUTES
Proceeding: Settlement Conference
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: June 8, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 11:08 a.m. |
| Law Clerk: Conor Burns | Recess: 2:07 p.m. |
| Court Reporter: Digital | Total Time: 2 hours 59 min |
| Interpreter: none | |

Counsel for Plaintiff: Dion Cassata
Counsel for Defendant: Robert Blanchfield

Court calls case and counsel enters appearances. Parties appear along with counsel.

Court issues opening comments. Parties are moved to separate rooms.

Parties have reached a settlement. Closing documents to be filed by June 18th.

Recess.