UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DIBENEDETTO,

    Plaintiff,

v.                                             Case No. 8:20-cv-1066-CPT

PROWAY CONSTRUCTION
GROUP, LLC, SOUTH SHORE
RECYCLING & CRUSHING, LLC,
and ROBERT VOLLMER,

    Defendants.
_____/

## **O R D E R**

ORDER TO SHOW CAUSE why Defendants Proway Construction Group, LLC and South Shore Recycling & Crushing, LLC, as well as their owner and/or principal, Defendant Robert Vollmer, should not be held in contempt based on their failure to comply with the Court's Orders directing them to appear at the hearings held on September 14, 2021, and January 10, 2022. (Docs. 65, 66, 68, 70, 75, 77). A show-cause hearing before Magistrate Judge Christopher P. Tuite via Zoom videoconference is set for April 5, 2022, at 2:00 p.m. The Court again warns the Defendants that if they are found to be in contempt for failing to abide by the Court's Orders, they may be

subject to a number of sanctions, including coercive daily fines and incarceration. *Citronelle-Mobile Gathering, Inc. v. Watkins*, 943 F.2d 1297, 1304 (11th Cir. 1991). The United States Marshals Service is instructed to promptly serve the Defendants with a copy of this Order at **7314 Nundy Avenue, Gibsonton, FL 33534**. The Clerk of Court is directed to mail a copy of this Order by certified mail to the Defendants at the same address.

      SO ORDERED in Tampa, Florida, this 17th day of February 2022.

                                                HONORABLE CHRISTOPHER P. TUITE
                                                United States Magistrate Judge

Copies to:
Counsel of record