| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Dro Way ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): RCV19 At 607<br>C. Date of Delivery: 2-22 |
| 1. Article Addressed to:<br>Proway Construction bus<br>7314 Wendy Ave.<br>Gibsonton, FL 33534 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7019 2970 0001 8683 8979 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

UNITED STATES POSTAL SERVICE
TAMPA FL 335
22 FEB 2022 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. District Court
801 N. Florida Ave.
Tampa FL 33602
Attn: Rosa

8:20-CV-1066-CPT



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Pvo  Way  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): J Cvignt607<br>C. Date of Delivery: 2-22 |
| 1. Article Addressed to:<br>South Shore<br>Recycling + Crushing<br>7314 Nundy Ave.<br>Gibsonton, FL 33534 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7019 2970 0001 8683 8962 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1035

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

8:20CV1066 CPT

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. District Court
801 W. Florida Ave.
Tpa, F 33602
Attn: Lisa