UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DIBENNEDETTO

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO.: 8:20-cv-01066VMC-CPT

PROWAY CONSTRUCTION
GROUP, LLC; SOUTH SHORE
RECYCLING & CRUSHING, LLC;
and ROBERT VOLLMER

    Defendants.

_____/

## DEFENDANTS' MOTION TO RESET HEARING OR ALLOW ATTENDANCE VIRTUALLY

    Defendants, PROWAY CONSTRUCTION GROUP, LLC; SOUTH SHORE RECYCLING & CRUSHING, LLC and ROBERT VOLLMER ("Defendants") by and through their undersigned counsel, hereby move the Court to reset a hearing set for June 7, 2022 and state as follow:

1. This is a Fair Labor Standards Act (the "FLSA") matter.

2. This Court recently entered an Order setting a show cause hearing for June 28, 2022.

3. Undersigned was recently informed that Mr. Vollmer will be in Pennsylvania on June 28, 2022 tending to his parents' health issues and assisted them to relocate to an assisted living facility. As a result, Defendants respectfully request that the hearing set for June 28, 2022 is reset, or in the alternative, permit Mr. Vollmer to attend the hearing via phone or zoom.

4.      Defendants understand that the issue for discussion at the hearing is directly related to Mr. Vollmer's absence from two hearings.  The first hearing was set for September 14, 2021.  As Mr. Vollmer explained during the hearing on April 5, 2022, he was ill dealing with a lengthy bout with COVID and pneumonia and therefore was not able to attend the hearing.  Mr. Vollmer initially fell ill in the Dominican Republic and sought medical care on or about July 25, 2021.  Attached is a redacted medical record evidencing laboratory testing in the Dominican Republic.  Following that testing, Mr. Vollmer traveled back to Tampa to seek medical treatment.  Records reflecting medical treatment in the Tampa area are also attached.  As those records suggest, Mr. Vollmer was treated in early August and released to his home and returned for additional care later in August due to continuing symptoms.  As Mr. Vollmer explained during the April 5, 2022 hearing, he was bed-ridden throughout August and September.

5.      On or about December 20, 2021, the court set another show cause  hearing for December 28, 2021.  Undersigned had a preset medical appointment in Tennessee on December 28, 2021 and motioned this Court to reset that December 28, 2021 to a future date.  The Court granted this motion and reset the hearing to January 10, 2022.  Unfortunately, undersigned took time off around the Christmas holidays and therefore did not review the order until  on or about December 27, 2021 and informed Mr. Vollmer of the hearing on December 28, 2022.  At the time, undersigned was not aware that Mr. Vollmer left the U.S. on December 28, 2022.  Please see attached document establishing Mr. Vollmer entered the Dominican Republic on December 28, 2021.  Undersigned understands that Mr. Vollmer returned to Florida on or about January 9, 2022.  Undersigned phoned Mr. Vollmer and left a voicemail  on January 10, 2022 prior to the hearing and received a return phone call from Mr. Vollmer soon after the hearing concluded.

2

During that phone call, Mr. Vollmer explained he was out of the country and not aware of the hearing.

6.      Defendants hope that the information above sheds additional light on the reasons for Mr. Vollmer's absence from the two hearings at issue.

7.      Should the court permit Mr. Vollmer to attend the June 28, 2022 hearing via phone or zoom, undersigned would respectfully request he also be permitted to attend via phone or zoom. Given undersigned's several pre-existing health conditions, attendance by phone or zoom is important.

8.      Undersigned reached out to counsel for Plaintiff but has not confirmed any opposition to the requests made in this motion.   Since counsel for Plaintiff opposed the previous motion to reset the hearing which originally set for June 5, 2022, Defendants presume Plaintiff who opposes the relief requested in this motion.

## MEMORANDUM OF LAW

This court may grant enlargement of time for good cause shown.  See e.g. *Lugan v. National Wildlife Fed'n,* 397 U.S. 871, 896 (1990).  Defendants' request to reset the June 28 2022 hearing is made in good faith and is not intended to prejudice any party to this litigation or cause undue delay.  Mr. Vollmer will be in Pennsylvania tending to his parents' health issues and moving them to an assisted living facility.   Rule 6(b)(1) of the Fed. R. Civ. P. permits a court to enlarge time or schedules.  In this case, the Defendants, based on good cause, respectfully requests that the June 28, 2022 hearing is reset or that Mr. Vollmer (and undersigned) are permitted to attend the hearing via phone or zoom. .

**WHEREAS,** for the reasons explained above, Defendants respectfully request the relief

described herein.

Robert Blanchfield, Esquire
Florida Bar No.: 0361800
Blanchfield Law Firm
931 Village Blvd
Suite 905-385
West Palm Beach, FL 33409
Office: 407-497-0463
Robert@Blanchfieldlawfirm.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Robert Blanchfield*_____